IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>SCOTT KEVIN COMBE,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 1:04-CR-51 TS<br><br>District Judge Ted Stewart |

       This matter is before the Court on Defendant Scott Kevin Combe's Motion for Early Termination of Supervised Release.

       18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

       Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is neither warranted by the conduct of the offender nor in the interest of justice. Specifically, the Court notes that Defendant recently violated the terms of supervised release. Such conduct does not warrant the benefit of early termination.

       It is therefore

       ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 73) is DENIED.

Dated this 23rd day of December, 2013.

BY THE COURT:

_____
Ted Stewart
United States District Judge